GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
ELISSE LAROUCHE
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:  (415) 436-7706
Email:    Elisse_Larouche@fd.org

Counsel for Defendant Almeraz

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 21-53 JD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND REQUEST TO CONTINUE HEARING |
| v. | |
| ANDRE GUY ALMERAZ, | |
| Defendant. | |

The above referenced case is set for a status hearing on July 26, 2021, at 10:30 a.m. Defense counsel requires additional time for review of discovery and to meet with her client. The parties therefore jointly request to continue the hearing in the above-captioned matter to August 23, 2021, at 10:30 a.m. for a status hearing, or as soon thereafter as the Court is available.

The parties further stipulate and request that, under the Speedy Trial Act, the Court exclude the time from July 26, 2021, to August 23, 2021. Mr. Almeraz and his counsel are reviewing discovery and conducting investigation. An exclusion is therefore appropriate under

18 U.S.C. § 3161(h)(7)(B)(iv), effective preparation of counsel, taking into account the exercise of due diligence. An exclusion of time from July 26, 2021, to August 23, 2021, is also appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), as the ends of justice served the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

| | |
|---|---|
| July 23, 2021<br>Dated | STEPHANIE HINDS<br>Acting United States Attorney<br>Northern District of California |
| | /S<br>KEVIN BARRY<br>Assistant United States Attorney |
| July 23, 2021<br>Dated | GEOFFREY HANSEN<br>Acting Federal Public Defender<br>Northern District of California |
| | /S<br>ELISSE LAROUCHE<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

July 23, 2021
Dated

THE HONORABLE JAMES DONATO
United States District Judge