GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
ELISSE LAROUCHE
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:   Elisse_Larouche@fd.org

Counsel for Defendant Almeraz

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 21-53 JD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND REQUEST TO CONTINUE HEARING** |
| v. | |
| ANDRE GUY ALMERAZ, | |
| Defendant. | |

The above referenced case is set for a status conference on August 23, 2021, at 10:30 a.m. The parties jointly request to continue the matter to October 4, 2021, at 10:30 a.m.

The parties further stipulate and request that, under the Speedy Trial Act, the Court exclude the time from August 23, 2021, to October 4, 2021. An exclusion is appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), effective preparation of counsel, taking into account the exercise of due diligence. An exclusion of time from August 23, 2021, to October 4, 2021, is also appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), as the ends of justice served the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

| | |
|---|---|
| August 20, 2021<br>Dated | STEPHANIE HINDS<br>Acting United States Attorney<br>Northern District of California |
| | /S<br>———————————————<br>KEVIN BARRY<br>Assistant United States Attorney |
| August 20, 2021<br>Dated | GEOFFREY HANSEN<br>Acting Federal Public Defender<br>Northern District of California |
| | /S<br>———————————————<br>ELISSE LAROUCHE<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

August 20, 2021
Dated

THE HONORABLE JAMES DONATO
United States District Judge

STIPULATION TO EXCLUDE TIME, REQUEST TO CONTINUE HEARING, AND [PROPOSED] ORDER   2