GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
ELISSE LAROUCHE
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:   (415) 436-7706
Email:         Elisse_Larouche@fd.org

Counsel for Defendant Almeraz

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRE GUY ALMERAZ,<br><br>Defendant. | Case No.: CR 21-53 JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |

The above referenced case is set for sentencing on April 18, 2022. Mr. Almeraz is in state custody, and therefore, additional time is needed to conduct the presentence interview and prepare the presentence report. The parties and U.S. Probation agree that the matter be continued to June 20, 2022 at 10:30 a.m.

\\

\\

\\

1  IT IS SO STIPULATED.

2

3
    February 8, 2022                STEPHANIE HINDS

4
    Dated                                United States Attorney
Northern District of California

5

6
                                              /S
KEVIN BARRY

7                                              Assistant United States Attorney

8

9
    February 8, 2022                GEOFFREY HANSEN

10
    Dated                                Acting Federal Public Defender
Northern District of California

11

12
                                              /S
ELISSE LAROUCHE
Assistant Federal Public Defender

13

14

15  IT IS SO ORDERED.

16

17

18  February 14, 2022
Dated                                      THE HONORABLE JAMES DONATO

19                                            United States District Judge