JODI LINKER
Federal Public Defender
Northern District of California
ELISSE LAROUCHE
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:  (415) 436-7706
Email:   Elisse_Larouche@fd.org

Counsel for Defendant Almeraz

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 21-53 JD |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |
| v. | |
| ANDRE GUY ALMERAZ, | |
| Defendant. | |

The above referenced case is set for sentencing on July 25, 2022. Additional time is required for the preparation of the presentence report and defense counsel's preparation in advance of sentencing. Therefore, the parties and United States Probation agree that the matter be continued to October 24, 2022 at 10:30 a.m.

\\

\\

\\

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING

IT IS SO STIPULATED.

| | |
|---|---|
| June 24, 2022<br>Dated | STEPHANIE HINDS<br>United States Attorney<br>Northern District of California |
| | /S<br>KEVIN BARRY<br>Assistant United States Attorney |
| June 24, 2022<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
| | /S<br>ELISSE LAROUCHE<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| June 29, 2022<br>Dated | JAMES DONATO<br>United States District Judge |

STIPULATION TO EXCLUDE TIME, REQUEST TO CONTINUE HEARING, AND [PROPOSED] ORDER   2